AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Rhode Island

| | | |
|---|---|---|
| Dan Diamant | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) | Civil Action No. 1:17-cv-548 JJM-PAS |
| UTGR, Inc. dba Twin River, Town of Lincoln, Lawens Fevrier, Rhode Island State Police | ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lawens Fevrier, Corporal, Rhode Island State Police, 311 Danielson Pike, North Scituate, Rhode Island 02857

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas G. Briody, Law Offices of Thomas G. Briody, 91 Friendship Street, Providence, RI 02903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **November 28, 2017**                             **/s/ Hanorah Tyer-Witek**
                                                                                  **Clerk of Court**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-cv-548 JJM-PAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lowens Fevrier
was received by me on *(date)* 12/1/2017

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Dept. of Atty. General , who is designated by law to accept service of process on behalf of *(name of organization)* Rhode Island State Police on *(date)* 12/6/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 45.00 for travel and $ / for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/6/2017

Paula A. Pecchia-Esposito
*Server's signature*

Paula A. Pecchia-Esposito
Constable 6178
*Printed name and title*

PO Box 10133
Cranston, RI 02910
*Server's address*

Additional information regarding attempted service, etc:

Michael W. Field, AAG for Corporal Fevrier, in official capacity only.

M. Field 12/6/17