UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DAN DIAMANT
    *Plaintiff,*

vs.                                                                              C.A. No. 17-548

UTGR, Inc. dba Twin River Casino and
John Does, various security personnel
employed by Twin River Casino, as well as
police officers employed by the Town of
Lincoln, Rhode Island; and Detective Trooper
Lawens Fevrier, Rhode Island State Police,
    *Defendants.*

## **DEFENDANT, TOWN OF LINCOLN, RHODE ISLAND'S**
## **MOTION FOR SUMMARY JUDGMENT**

Now comes the Defendant, Town of Lincoln, Rhode Island, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and hereby move this Honorable Court for summary judgment on Plaintiff's complaint, as there exist no genuine issues of material fact. In support thereof, Defendant submits the accompanying Memorandum of Law.

                                                                           Defendant,
                                                                           By its attorneys,

                                                                           */s/Marc DeSisto*

                                                                           */s/Kathleen A. Hilton*
                                                                           Marc DeSisto, Esq. (#2757)
                                                                           Kathleen A. Hilton, Esq. (#9473)
                                                                           DESISTO LAW LLC
                                                                           60 Ship Street
                                                                           Providence, RI 02903
                                                                           401-272-4442
                                                                           marc@desistolaw.com
                                                                           katie@desistolaw.com

1

## CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on this 23rd day of August, 2019 and is available for viewing and downloading from the ECF system.

Thomas G. Briody, Esq.
tbriodylaw@aol.com

Paul R. Crowell
paul.crowell@zurichna.com

Justin J. Sullivan
jjsullivan@riag.ri.gov

Kate C. Brody
kbrody@riag.ri.gov

*/s/Marc DeSisto*
Marc DeSisto