UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DAN DIAMANT<br>　*Plaintiff*<br><br>v.<br><br>UTGR, Inc. dba Twin River Casino and John Does, various security personnel employed by Twin River Casino; as well as police officers employed by the Town of Lincoln, Rhode Island; and Detective Trooper Lawens Fevrier, Rhode Island State Police,<br>　*Defendants* | C.A. No. 17-548-JJM-PAS |

**MOTION FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

　　NOW COME Defendants, Town of Lincoln, Joseph Anterni and Russell Enos and hereby move for an extension of time to Answer or otherwise respond to Plaintiff's Amended Complaint. Defendants specifically request up to and including ten (10) days after this Court rules on Defendants' Motion for Reconsideration of the Text Order granting Plaintiff's Motion to Amend. See *ECF No. 37 (Sept. 12, 2019).* In support thereof, Defendants submit that it has substantive objections to Plaintiff's Motion to Amend that it was denied the opportunity to present and which form the basis for Defendants' Motion for Reconsideration. Extending the time for Defendants to Answer the Amended Complaint until after this Court has an opportunity to address and consider the same is judicially economical in that it will save the parties and Court's time and effort in the event the Motion for Reconsideration is granted and Plaintiff's Motion to Amend his Complaint is denied.

　　WHEREFORE, Defendants respectfully request an extension of time up to and including ten (10) days after this Court rules on Defendants' Motion for Reconsideration of the Text Order

1

granting Plaintiff's Motion to Amend its Complaint in which to Answer or otherwise respond to Plaintiff's Amended Complaint.

                                        Defendants,
                                        By their attorney,

                                        */s/ Marc DeSisto, Esq.*
                                        Marc DeSisto, Esq. (#2757)
                                        DESISTO LAW LLC
                                        60 Ship Street
                                        Providence, RI 02903
                                        (401) 272-4442
                                        Fax: (401) 533-9848

## CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on this 12th day of September, 2019, and is available for viewing and downloading from the ECF system. Service on the counsel of record, as listed below, will be effectuated by electronic means:

Thomas G. Briody, Esq.
tbriodylaw@aol.com

Paul R. Crowell
paul.crowell@zurichna.com

Justin J. Sullivan
jjsullivan@riag.ri.gov

Kate C. Brody
kbrody@riag.ri.gov

Brenda Baum
bbaum@riag.ri.gov

                                        */s/ Marc DeSisto, Esq.*