IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

**DAN DIAMANT, Plaintiff**

vs.                                              CA No. 17- cv548 JJM-PAS

**UTGR, Inc. dba Twin River Casino,
Et al.**

## OBJECTION TO MOTION
## TO RECONSIDER

Plaintiff Dan Diamant objects to the Motion to Reconsider this court's text order allowing plaintiff leave to file an amended complaint, and relies on the accompanying memorandum in support of said objection.

/S/
Thomas G. Briody, Esq. #4427
Law Office of Thomas G. Briody
91 Friendship Street
Providence, RI 02903
Telephone: (401) 751-5151
Facsimile: (401) 421-0876

## CERTIFICATION

The undersigned certifies that a true copy of these interrogatories were served via first class mail and electronic mail to Paul R. Crowell, Engleberg and Bratcher, 100 High Street, Boston, MA 02110, Brenda Baum, Rhode Island Department of Attorney General, 150 S. Main Street, Providence, RI 02903, and Marc DeSisto, 60 Ship Street, Providence, RI 02903 on this 17th of September, 2019.

1