UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| DAN DIAMANT,<br> *Plaintiff,*<br><br>v.<br><br>UTGR, Inc. dba Twin River Casino, et al.<br> *Defendants*. | )<br>)<br>)<br>)<br>)  C.A. No. 17-cv-548-MSM-PAS<br>)<br>)<br>)<br>) |

**STATE DEFENDANT'S ASSENTED TO MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTION AND STATEMENT OF UNDISPUTED FACTS**

Now comes State Defendant, Lawens Fevrier, in his official capacity as a Corporal of the Rhode Island State Police ("Corporal Fevrier"), and respectfully requests an extension up to and including December 6, 2019 to file the Fed. R. Civ. P. 56 motion for summary judgment, supporting memorandum and statement of undisputed facts. The request is made due to counsel being sick and commitments in other cases.

Opposing counsel has been advised of the requested extension and has no objection.

 Respectfully submitted,

 STATE DEFENDANT
 Corporal Lawens Fevrier, in his
 Official Capacity,
 By:

 PETER F. NERONHA,
 ATTORNEY GENERAL


 */s/ Justin J. Sullivan*
 _____
 Justin J. Sullivan (#9770)
 Special Assistant Attorney General

1

2

Rhode Island Office of the Attorney General  
150 South Main Street  
Providence, RI  02903  
Tel: (401) 274-4400, Ex. 2007  
Fax: (401) 222-3016  
jjsullivan@riag.ri.gov  

## CERTIFICATION

      I hereby certify that on this 27th day of November 2019, the within document was electronically filed and served on all counsel of record via the ECF system and it is available for viewing and downloading.

Thomas G. Briody, Esquire  
Marc DeSisto, Esquire  
Kathleen A. Hilton, Esquire  
Paul R. Crowell, Esquire  

*/s/ Justin J. Sullivan*  
_____