# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**DANIEL DIAMANT,**
    *Plaintiff*

**v.**

**UTGR, INC. d/b/a Twin River Casino,** *et al.*,
    *Defendants*

C.A. No. 1:17-cv-00548-MSM-PAS

## STATE DEFENDANT CORPORAL LAWENS FEVRIER'S, IN HIS OFFICIAL CAPACITY, MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Rhode Island State Police Corporal Lawens Fevrier, in his official capacity ("Corporal Fevrier") hereby files this Motion for Summary Judgment. The United States Supreme Court precedent of *Will v. Mich. Dep't of State Police,* 491 U.S. 58, 71 (1989), the doctrine of qualified immunity and the Amended Complaint's failure to state viable causes of action compel the dismissal of the State Defendant Corporal Fevrier.

For the reasons set forth in the accompanying memorandum of law, the Amended Complaint should be denied and dismissed against this defendant.

          Respectfully Submitted,

          Defendant
          RHODE ISLAND STATE POLICE
          CORPORAL LAWENS FEVRIER, in his
          official capacity,
          By:

          PETER F. NERONHA
          ATTORNEY GENERAL

          /s/ Brenda D. Baum
          /s/ Justin J. Sullivan
          _____
          Brenda D. Baum, Bar No. 5184
          Assistant Attorney General
          Justin J. Sullivan, Bar No. 9770
          Special Assistant Attorney General
          150 South Main St. Providence, RI 02903
          Tel: (401) 274-4400 | Fax: (401) 222-2995
          Ext. 2294 | bbaum@riag.ri.gov
          Ext. 2007 | jjsullivan@riag.ri.gov

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on Monday, December 09, 2019 I electronically filed the herein document via the ECF filing system and that a copy is available for viewing and downloading. I also hereby certify that I caused a copy of the herein document to be served via the ECF system to the following:

*Counsel for Plaintiff, Dan Diamant*
Thomas G. Briody, Esq.
TBriodylaw@aol.com

*Counsel for Defendant, UTGR (Twin River)*
Paul R. Crowell, Esq.
paul.crowell@zurichna.com

*Counsel for Defendant, Town of Lincoln*
Marc DeSisto, Esq.
marc@desistolaw.com
Kathleen A. Hilton, Esq.
Katie@desistolaw.com

          */s/ Justin J. Sullivan*
          _____