UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CALENDAR CALL

## Thursday, November 12, 2020

**CIVIL CASES:**

| | |
|---|---|
| CA 15-163-JJM | Optical Works vs. Sentinal Insurance<br>**(Insurance Contract)** |
| CA 17-280-JJM | Sheally, et al v. Selective Insurance<br>**(Contract - Trial as to Count I only)** |
| CA 17-497-JJM | Ryder v. Pearson Educational Center<br>**(Employment Contract)** |
| CA 18-014-JJM | Mackey v. Allstate Insurance<br>**(Insurance Contract)** |
| CA 18-683-WES | Trumpetto, et al v. LMW Healthcare, et al<br>(**Medical Malpractice**) |
| CA 18-697-WES | Saccoccia, et al v. Town of Johnston<br>**(Civil Rights)** |
| CA 14–442-MSM | Sigui, et al v. M+M Communication, et al.<br>**(Fair Labor Standards Act)** |
| CA 16-424-MSM | Davis v. Dominion Diagnostics, LLC<br>(**Civil Rights - Employment Discrimination**) |
| CA 16-503-MSM | Engert v. Dominion Diagnostics, LLC<br>(**Civil Rights - Employment Discrimination**) |
| CA 17-078-MSM | Ramsey v. City of Pawtucket, et al<br>**(Civil Rights Act)** |
| CA 17-444-MSM | Buerman, et al v. Witkowski, et al<br>**(Motor Vehicle)** |
| CA 17-548-MSM | Diamant v. UTGR<br>**(Civil Rights Act)** |

# **NOTICE**

The above-captioned cases are on the Court's trial calendar commencing in **December, 2020.**

The calendar call will be held on **Thursday, November 12, 2020 at 10:00 a.m.** with Chief Judge McConnell, Jr., Judge William E. Smith and Judge Mary S. McElroy via ZOOM.

Due to the pandemic, counsel for <u>all cases</u> on the trial calendar will need to be prepared to start trial on the trial date, even if there are other cases above it on the trial list.

Counsel should be prepared to discuss all scheduling issues at the Calendar Call. A final pretrial conference will be held in all cases after the Calendar Call.

**The Zoom instructions are as follows:**

Chief Judge Jack McConnell is inviting you to a scheduled ZoomGov meeting.

Topic: COURTROOM - Calendar Call
Time: Nov 12, 2020 10:00 AM Eastern Time (US and Canada)

Join ZoomGov Meeting
https://www.zoomgov.com/j/1612527455

Meeting ID: 161 252 7455
Passcode: 799860
One tap mobile
+16692545252,,1612527455#,,,,,,0#,,799860# US (San Jose)

+16468287666,,1612527455#,,,,,,0#,,799860# US (New York)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
    833 568 8864 US Toll-free
Meeting ID: 161 252 7455
Passcode: 799860
Find your local number: https://www.zoomgov.com/u/apuCgO1zB

Join by SIP
1612527455@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 161 252 7455
Passcode: 799860

 **/s/ John J. McConnell, Jr.**
John J. McConnell, Jr.
Chief United States District Judge
Dated:   October 26, 2020

**/s/ William E. Smith**
William E. Smith
United States District Judge
Dated:   October 26, 2020

 **/s/ Mary S. McElroy**
Mary S. McElroy
United States District Judge
Dated:   October 26, 2020