UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

### TRIAL NOTICE

CIVIL CASES:

CA 17- 548-MSM        Dan Diamant v. UTGR, et al.
                     **(Civil Rights)**

### TRIAL NOTICE

The above-captioned case will begin jury empanelment on **Monday, November 30, 2020 at 9:30 AM**.  Trial counsel must be present for the empanelment of the jury unless excused by the Court.  It is counsel's responsibility to keep informed of the status of their cases by communicating with the Judge's case manager.

**By November 20, 2020,** parties must file:
1. A Pretrial Memoranda that contains:
   a. A brief description of the facts;
   b. A brief analysis of the law that applies to this case;
   c. Identification of any evidentiary issues that may arise;
   d. Estimated length of trial; and
   e. Any other trial matters the parties wish to bring to the Court's attention
2. A List of Witnesses and a List of Exhibits in the order they are likely to be called.  A location must be provided for all witnesses testifying remotely.
3. Jury Instructions and any proposed verdict form.
4. Any motions in limine (objections are due by November 25, 2020)
5. All voir dire questions the parties would like the Court to ask.

Counsel are to advise the clerk of any settlement and file a stipulation of dismissal as soon as practicable so that your case can be removed from the scheduled empanelment date.

By November 23, 2020, parties must provide the Court with a copy of exhibits <u>in the manner directed by the Court.</u>


<u>/s/ Mary S. McElroy</u>
United States District Judge
Dated:  November 16, 2020