**Diamant v. UTGR et al**

**Plaintiff Exhibit list**

1. **Incident report, July 2, 2016**
2. **Twin River Policy no. SEC 700 (ejections)**
3. **Twin River Policy no. Sec 1300 (radio protocol)**
4. **Email Foxwoods-Twin River dated July 1, 2016**
5. **Surveillance photo of Dan Diamant July 2, 2016.**
6. **Fevrier police report**
7. **Anterni police report**
8. **Twin River security report (Captain Kyle)**