**Diamant v. UTGR et al**

**Plaintiff Witness list**

1. **Captain James Kyle, Twin River**
2. **Officer Joseph Anterni**
3. **Officer Russell Enos**
4. **Corporal Lawens Fevrier, RISP**
5. **Michael Pfeiler, Twin River**