**DIAMANT v. UTGR et al.**
**PROPOSED VERDICT FORM**

1. Has the plaintiff, Dan Diamant, proved it is more likely than not that his right to be free from unreasonable search and seizure under the Fourth Amendment of the United States Constitution?

    YES:_____    NO:_____

    If your answer is YES, proceed to Question 2.  If NO, proceed to Question 3.

2. Which of the following defendants have violated Mr. Diamant's right to be free from unreasonable search and seizure?  (Check ALL that apply)

    UTGR-Twin River:             _____

    Officer Joseph Anterni:      _____

    Officer Russell Enos:        _____

    Corporal Lawens Fevrier      _____

3. Has the plaintiff, Dan Diamant, proved it is more likely than not that he was falsely imprisoned?

    YES:_____    NO:_____

    (If your answer is YES, proceed to Question 4.)

4. Which of the following defendants falsely imprisoned Mr. Diamant?

    UTGR-Twin River:             _____

    Officer Joseph Anterni:      _____

    Officer Russell Enos:        _____

    Corporal Lawens Fevrier      _____

5. What compensatory damages do you award to Mr. Diamant as to each defendant?

    UTGR-Twin River:             _____

    Officer Joseph Anterni: _____

    Officer Russell Enos: _____

    Corporal Lawens Fevrier _____

**6.** What punitive damages do you award to Mr. Diamant as to each defendant?

    UTGR-Twin River: _____

    Officer Joseph Anterni: _____

    Officer Russell Enos: _____

    Corporal Lawens Fevrier _____

## CERTIFICATION

The undersigned certifies that a true copy of this proposed verdict form was served via electronic mail and via ECF Paul R. Crowell, Engleberg and Bratcher, 100 High Street, Boston, MA 02110, Brenda Baum, Rhode Island Department of Attorney General, 150 S. Main Street, Providence, RI 02903, and Marc DeSisto, 60 Ship Street, Providence, RI 02903 on 20th of November, 2020.

                                            ___/s/ Thomas G. Briody___