UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **DANIEL DIAMANT,**<br>    *Plaintiff*<br><br>v.<br><br>**UTGR, INC. d/b/a Twin River Casino,** *et al.*,<br>    *Defendants* | C.A. No. 1:17-cv-00548-MSM-PAS |

### RHODE ISLAND STATE POLICE CORPORAL LAWENS FEVRIER'S MOTION TO EXTEND TIME TO FILE PROPOSED JURY INSTRUCTION

Defendant RISP Corporal Fevrier moves this Honorable Court for an extension of time to file his proposed jury instruction on spoliation until a week before the empanelment date. At the pretrial conference on November 23, 2020, the Court granted Defendant Fevrier's motion regarding spoliation (ECF 93) and instructed counsel to file a proposed jury instruction by November 25, 2020. Subsequently, the Court entered a text order holding that: "[a]s a result of concerns about technological details raised by several parties at the end of the pretrial conference, and the imminence of the beginning of this trial, the court has determined that it is in all parties interest to vacate the currently scheduled empanelment. The case will be placed on the next available empanelment date to allow the parties to better prepare for a jury trial by Zoom." Based on the foregoing, Defendant Corporal Fevrier requests an extension of time to file his proposed jury instruction until a week before the empanelment date.

1

Wherefore, Defendant RISP Corporal Fevrier prays this motion is granted and time is extended to file his proposed jury instruction on spoliation.

        Respectfully Submitted,

        Defendant
        RHODE ISLAND STATE POLICE
        CORPORAL LAWENS FEVRIER
        By:

        PETER F. NERONHA
        ATTORNEY GENERAL

        /s/ Brenda D. Baum
        _____
        Brenda D. Baum, Bar No. 5184
        Assistant Attorney General
        150 South Main St.
        Providence, RI 02903
        Tel: (401) 274-4400
        Fax: (401) 222-2995
        Ext. 2294 | bbaum@riag.ri.gov

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on Wednesday, November 25, 2020 I electronically served this document through the electronic filing system upon:

| | |
|---|---|
| *Counsel for Plaintiff, Dan Diamant*<br>Thomas G. Briody, Esq.<br>TBriodylaw@aol.com | *Counsel for Defendant, UTGR (Twin River)*<br>Paul R. Crowell, Esq.<br>paul.crowell@zurichna.com |
| | *Counsel for Lincoln Defendants*<br>Marc DeSisto, Esq.<br>Patrick Burns, Esq.<br>marc@desistolaw.com<br>pburns@desistolaw.com |

                                          */s/ Brenda D. Baum*